**APPLICATION GRANTED**

/Signed by Judge Block/
USDJ 8/12/10

ZAMAN ASHRAF
PRISON NUMBER 38353-083
FORT DIX PRISON
PO BOX 2000
FORT DIX NEW JERSEY

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG - 9 2010 ★
BROOKLYN OFFICE

AUGUST 4, 2010

PETITIONER PROSE

CLERKS OFFICE
US DISTRICT COURT EDNY
225 CADMAN PLAZA EAST
BROOKLYN NEW YORK 11201

↓ ↓
Motion By
→ LETTER

RE: ASHRAF V UNITED STATES CASE 10 CIV 483 (FB)
✓ Motion to PROCEED UNDER INFORMA PAUPERIS IN THE APPEAL FILED IN THIS COURTS DENIAL DATED JULY 22, 2010 IN THE HABEAS CORPUS 28 USC 2255 MOTION DENIAL

① RESPECTFULLY THIS COURT IS REQUESTED TO ORDER THE ONGOING PETITIONER STANDING IN THE MANY YEARS OF INFORMA PAUPERIS IFP AUTHORITY.

② THIS COURT SENTENCED THE PETITIONER TO 210 MONTHS IN PRISON, WHEREBY THE PETITIONER IS SERVING SAID SENTENCE.

RESPECTFULLY By Zaman Ashraf
PETITIONER